In the Matter of the Accounting of JOHN H. BRAUN, as Assignee of ISIDOR BREMER.

LAWYERS' SURETY COMPANY, Appellant; JOSEPHINE J. EARL et al., Respondents.

*Matter of Braun*, 83 App. Div. 642, affirmed.
(Argued November 24, 1903; decided December 18, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 26, 1903, upon an order which affirmed an order of Special Term confirming the report of a referee and directing the distribution of the estate of Isidor Bremer.

*George Coggill, Hugh A. Bayne* and *Francis S. McGrath* for appellant.

*Cornelius Doremus, Benjamin F. Carpenter* and *John H. Greener* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ.